# Re Application of J. H. Vandegrift et al. for a License.

Under the act of April 20, 1858, § 5, a license to sell spirituous liquors in any quantity less than a gallon cannot be granted to a distiller.

(Decided November 2, 1885.)

Certiorari to the Quarter Sessions of Washington County to review a decision refusing petitioners a license to sell liquors by the quart. Affirmed.

Vandegrift & Company, distillers and owners of a liquor store, filed their petition in the quarter sessions of Washington county, praying that license be granted them upon filing proper

NOTE.—The act of June 9, 1891 (P. L. 257, § 2), directs that no distiller shall sell spirituous liquors in quantities less than 1 gallon, or brewed or malt liquors in quantities less than 12 pint bottles. The right was given by the act of June 20, 1893 (P. L. 474), to sell in original packages of a capacity not less than 40 gallons without obtaining a license. The 2d section of that act was modified by the act of July 30, 1897 (P. L. 464).

bond to sell, at their place of business spirituous liquors in quantities not less than a quart. The license was refused on the ground that the court had no authority to grant to distillers a license to retail liquors by the quart; whereupon, this writ was brought by petitioners.

*J. M. Braden* for complainants.

*J. W. & A. Donnan, A. W. & M. C. Acheson,* and *J. P. Sayer* for appellees.

PER CURIAM:

The court gave a correct construction to the 5th section of the act of 20th of April, 1858. It is very clear that, under its language, a license to sell in any quantity less than a gallon cannot be granted to a distiller.

Judgment affirmed.